413 A.2d 1115

In the Interest of Zimmerman, a minor.

Appeal of Children's Services of York County.

Argued March 12, 1979. Joseph C. Korsak, for appellant; No appearance entered nor brief filed on behalf of appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order affirmed.

May 10, 1979.

413 A.2d 1115

Ruane, Appellant, v. Kappel et ux.

Submitted October 26, 1978. Bradley R. Krosnoff, for appellant; William J. Engle, for appellees.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.